1
2
3
4
5

**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

6
7
8

Richard W. Mear, SBN 024739
rmear@cavanaghlaw.com
Karen C. Stafford, SBN 030308
kstafford@cavanaghlaw.com
Attorneys for Defendant

9
10
11

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

12
13
14
15
16
17
18
19

| | |
|---|---|
| JEFFREY SNELL, individually,<br><br>                              Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign company; JOHN DOES 1-5; JANE DOES 1-5; BLACK CORPORATIONS 1-5; and WHITE PARTNERSHIPS 1-5,<br><br>                              Defendants. | NO. _____<br><br>**PETITION FOR REMOVAL** |

20
21
22
23
24
25
26

        Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Liberty Mutual Fire Insurance Company ("Defendant"), by and through counsel undersigned, respectfully files this Petition for Removal and Notice of Removal of *Jeffrey Snell v. Liberty Mutual Fire Insurance Company, et al*, Maricopa County Superior Court Case No. CV2017-011989, from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona, and in support thereof says as follows:

8440471_1

1       1.      A civil action seeking to recover money damages has been commenced by

2   Plaintiff and is now pending in the Maricopa County Superior Court in and for the State of

3   Arizona, captioned *Jeffrey Snell v. Liberty Mutual Fire Insurance Company, et al*, Maricopa

4   County Superior Court Case No. CV2017-011989, from the Superior Court of the State of

5   Arizona, Maricopa County ("the State Action").

6       2.      Plaintiff's Complaint was filed on August 28, 2017.  A true and correct copy

7   of the Complaint filed by Plaintiff in the State Action is attached hereto as Exhibit "A" and

8   incorporated herein by reference.

9       3.      The Affidavit of Service was filed with the Court on September 11, 2017,

10  which indicates that the Complaint was served upon "Liberty Mutual Fire Insurance

11  Company" on August 30, 2017.  A true and correct copy of the Affidavit of Service is

12  attached hereto as Exhibit "B." A true and correct copy of the Summons is attached hereto as

13  Exhibit "C."  A true and correct copy of the Certificate of Compulsory Arbitration is

14  attached hereto as Exhibit "D."  A true and correct copy of the Demand for Jury Trial is

15  attached hereto as Exhibit "E".  A true and correct copy of the Civil Cover Sheet is attached

16  hereto as Exhibit "F". To date, Defendant is not aware of any other pleadings filed in the

17  State Action.

18      4.      Pursuant to L.R. 3.6(b), Defendant certifies that Exhibits A through F are true

19  and correct copies of all documents filed in the State Action.

20      5.      Upon information and belief, Plaintiff Jeffrey Snell, at all material times in this

21  lawsuit, was a citizen of the state of Arizona. *See* Exhibit A at ¶1.

22      6.      Defendant is a corporation organized under the laws of the state of Wisconsin

23  with its principal place of business located in Massachusetts.

24      7.      In this action, Plaintiff seeks to recover monetary damages he claims are due

25  and owing as a result of Defendant's alleged breach of the insurance contract and alleged

26  breach of the duty of good faith and fair dealing. *See* Exhibit A at ¶¶ 7, 21-34.  According to

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

the Complaint, Plaintiff sustained injuries on or about June 10, 2016 when he was involved in a motor vehicle collision that was allegedly caused by the negligence of underinsured motorist, Alex Garcia. *See id.* at ¶ 8. Plaintiff alleges that he submitted a claim under automobile insurance policy issued by Defendant, which affords underinsured motorist ("UIM") coverage. *See id*. at ¶ 13. The Complaint alleges that Defendant breached the insurance contract by failing to make a good faith offer to pay benefits, timely accept the claim, reasonably and promptly pay Plaintiff for his loss, and failure to respond to timely settlement offers, which allegedly constituted a *de facto* denial of coverage. *See id*. at ¶ 21. The Complaint further alleges that Defendant breached its duty of good faith and fair dealing by failing to adequately investigate Plaintiff's claim, treat Plaintiff with equal consideration, make a good faith offer, promptly investigate, and make reasonable offers to avoid litigation. *See id*. at ¶ 28. The Complaint also alleges that Plaintiff is entitled to fair and reasonable compensation from Defendant under the UIM provision of the insurance policy. *See id.* at ¶ 33. Finally, the Complaint alleges that Plaintiff suffered direct and consequential damages, and is also entitled to punitive damages and attorneys' fees and costs. *See id*. at 6. Prior to filing suit, Plaintiff made a demand to Defendant for the payment of the full UIM policy limits of $100,000.

8.     Plaintiff seeks recovery of punitive damages, and punitive damages may be considered in satisfying the jurisdictional limit. *See Thomas v. Standard Ins. Co*., 2010 WL 994507, at *3 (D. Ariz. 2010) (a claim for punitive damages can be considered when determining whether the jurisdictional minimum has been satisfied).

9.     Plaintiff additionally seeks attorney's fees, which may also be considered in satisfying the jurisdictional limit for the case. *See Ansley v. Metropolitan Life Ins. Co*., 215 F.R.D. 575, 577 (D. Ariz. 2003) (holding that a claim for attorney's fees and costs can be considered in determining whether the jurisdictional minimum has been satisfied).

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

10.    Based on the foregoing, Plaintiff's claimed compensatory damages, punitive damages, and attorneys' fees and costs will unquestionably exceed $75,000, the minimum amount for jurisdiction in this Court.

11.    Furthermore, Plaintiff's counsel has indicated his agreement that the amount in controversy exceeds the jurisdictional limit and has stipulated to the removal of this case to the United States District Court for the District of Arizona.

12.    Accordingly, this civil action, over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the matter in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.

13.    There are no other named defendants in this matter so no additional consent is necessary.  *See* 28 U.S.C. § 1446(b)(2)(A).

14.    This Petition for Removal and Notice of Removal is filed within the appropriate time allowed by the rules of this Court.  *See* 28 U.S.C. § 1446(b)(1) and (b)(2)(B) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.").

15.    Pursuant to LRCiv 3.6(a), a copy of the Notice of Removal has been filed with the Clerk of the Superior Court of the State of Arizona, Maricopa County.

16.    Pursuant to LRCiv 3.6(d), Defendant requests a jury trial, and has indicated the same on the Civil Cover Sheet.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the aforesaid action pending in the Superior Court of Maricopa County, State of Arizona, be removed from that Court to the United States District Court in and for the District of

Arizona for trial and determination of all issues, subject to motions pursuant to Rule 12 of the Federal Rules of Civil Procedure.

DATED this 29th day of September, 2017.

THE CAVANAGH LAW FIRM, P.A.


By: ___/s/ Richard W. Mear_____
Richard W. Mear
Karen C. Stafford
Attorneys for Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and electronic copy to the following party:

Timothy G. Tonkin
Steven J. Jones
PHILLIPS LAW GROUP, P.C.
3101 N. Central Avenue, Suite 1500
Phoenix, AZ 85012
Attorneys for Plaintiff


___/s/  Lupe A. Chavez_____

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

8440471_1

5